```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 09547
   LARITA D DOUGLAS
   MARK A LANSDOWN                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX
          Debtor
   SSN XXX-XX-1535    SSN XXX-XX-2354

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/18/2008 and was confirmed 06/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/09/2009.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                                 PAID         PAID
------------------------------------------------------------------------------
AMERICAN EXPRESS BANK       UNSECURED              2207.20         .00          .00
FIA CARD SERVICES           UNSECURED              6423.91         .00          .00
CAPITAL ONE BANK            UNSECURED              4362.32         .00          .00
CAPITAL ONE BANK            UNSECURED              2713.54         .00          .00
CAPITAL ONE BANK            UNSECURED              1355.50         .00          .00
CAPITAL ONE BANK            UNSECURED               695.69         .00          .00
CITICORP CREDIT SERVICES    UNSECURED             NOT FILED        .00          .00
CITICORP CREDIT SERVICES    UNSECURED             NOT FILED        .00          .00
CITICORP CREDIT SERVICES    UNSECURED             NOT FILED        .00          .00
CITICORP CREDIT SERVICES    UNSECURED             NOT FILED        .00          .00
CITICORP CREDIT SERVICES    UNSECURED             NOT FILED        .00          .00
PRA RECEIVABLES MGMT        UNSECURED             23547.12         .00          .00
ARROW FINANCIAL SERV        UNSECURED             14566.85         .00          .00
CITIBANK                    UNSECURED             NOT FILED        .00          .00
GEMB/WALMART                UNSECURED             NOT FILED        .00          .00
PRA RECEIVABLES MGMT        UNSECURED               731.26         .00          .00
ECAST SETTLEMENT CORP       UNSECURED               562.55         .00          .00
GMAC                        UNSECURED             26974.32         .00          .00
ECAST SETTLEMENT CORP       UNSECURED              3417.32         .00          .00
HSBC NV/GM CARD             UNSECURED             NOT FILED        .00          .00
HSBC/CARSONS                UNSECURED             NOT FILED        .00          .00
NELNET LOAN SERVICES        UNSECURED             NOT FILED        .00          .00
NELNET LOAN SERVICES        UNSECURED             NOT FILED        .00          .00
NICOR GAS                   UNSECURED              1656.55         .00          .00
SALLIE MAE                  UNSECURED                  .00         .00          .00
PHARIA LLC                  UNSECURED              1405.90         .00          .00
CHRYSLER CREDIT             NOTICE ONLY           NOT FILED        .00          .00
AMERICAS SERVICING COMPA    CURRENT MORTG             .00          .00          .00
AMERICAS SERVICING CO       CURRENT MORTG             .00          .00          .00
CAPITAL ONE AUTO FINANCE    SECURED VEHIC             .00          .00          .00
CHRYSLER FINANCIAL SVC A    SECURED VEHIC             .00          .00          .00
COOK COUNTY TREASURER       SECURED              17430.00          .00       105.00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 09547 LARITA D DOUGLAS & MARK A LANSDOWN
```

```
AMERICAS SERVICING COMPA MORTGAGE ARRE        .00                  .00              .00
AMERICAS SERVICING CO    MORTGAGE ARRE    3857.82                  .00          3857.82
AMERICAS SERVICING COMPA NOTICE ONLY    NOT FILED                  .00              .00
AMERICA SERVICING COMPAN NOTICE ONLY    NOT FILED                  .00              .00
CAPITAL ONE AUTO FINANCE UNSECURED      NOT FILED                  .00              .00
COOK COUNTY TREASURER    UNSECURED      NOT FILED                  .00              .00
IL STATE DISBURSEMENT UN DSO ARREARS    NOT FILED                  .00              .00
KIMBERLY LANDSDOWN       NOTICE ONLY    NOT FILED                  .00              .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT      11.50                  .00            11.50
PRA RECEIVABLES MGMT     UNSECURED        7548.63                  .00              .00
CITICORP CREDIT SERVICES UNSECURED      NOT FILED                  .00              .00
ISAC                     UNSECURED            .00                  .00              .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY    3,500.00                                    .00
TOM VAUGHN               TRUSTEE                                                 341.68
DEBTOR REFUND            REFUND                                                     .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  4,316.00

PRIORITY                                             11.50
SECURED                                           3,962.82
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                341.68
DEBTOR REFUND                                          .00
                         ---------------       ---------------
TOTALS                   4,316.00                 4,316.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE